UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN THE MATTER OF: VIRGINIA M. CORTES-FONTANEZ Petitioner (s) | CASE NO: 10-08015 BKT CHAPTER 13 |
|---|---|

NOTICE OF SUBMITTING AMENDED SCHEDULE F

TO THE HONORABLE COURT:

COME (S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

1. That debtor(s) is submitting with this Notice amended Schedule F.

2. The purpose of the amendment is to:

   A. *To include unsecured creditor*
      1. *DTOP Puerto Rico, Obras Públicas, Po Box 41243, San Juan PR 00940-1243*

3. Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

NOTICE

Within thirty (30) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law. (2) The requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing.

WE HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this Notice has been sent to Mr. Alejandro Oliveras Esq., Chapter 13 Trustee, PO Box 9024062, Old San Juan Station, San Juan, PR 00902-4062 and to all interested parties mentioned in attached Master Address List.

Respectfully Submitted

In San Juan, Puerto Rico, this December 6, 2010

JAIME RODRÍGUEZ LAW OFFICE, PSC
Attorney for Petitioner(s)
Paseo Los Corales II
764 Mar del Norte ST.
Dorado, PR 00646
Tel: (787)797-4174
Fax: (787)730-5454
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez,
USDC- PR 221011

IN RE **CORTES FONTANEZ, VIRGINIA M**     Case No. **10-08015-13**
                              Debtor(s)                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **014-060479-002** <br> **AEE** <br> **PO BOX 364267** <br> **SAN JUAN, PR 00936** | | | **CONDITIONAL CONTRACT** | | | | **3,490.78** |
| ACCOUNT NO. <br> **KATHERINE RIOS VAZQUEZ** <br> **1800 CARR 8838** <br> **SAN JUAN, PR 00926-9681** | | | **Assignee or other notification for:** <br> **AEE** | | | | |
| ACCOUNT NO. **25969226** <br> **AT&T** <br> **Po Box 15067** <br> **San Juan, PR 00902** | | | **CONDITIONAL CONTRACT, MOBILE PHONE** | | | | **1,204.28** |
| ACCOUNT NO. <br> **Enhanced Recovery Corporation** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256-7412** | | | **Assignee or other notification for:** <br> **AT&T** | | | | |

   **1** continuation sheets attached                               Subtotal (Total of this page)   $   **4,695.06**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **CORTES FONTANEZ, VIRGINIA M** _____ Case No. **10-08015-13** _____
                                                     Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **33005**<br>**Banco Santander**<br>**Po Box 191080**<br>**San Juan, PR 00919-1080** | | | **CREDIT CARD PURCHASE** | | | | **250.00** |
| ACCOUNT NO. **1837143**<br>**DTOP PUERTO RICO**<br>**OBRAS PUBLICAS**<br>**P.O. Box 41243**<br>**SAN JUAN, PR 00940-1243** | | | **TRAFFIC VIOLATION** | | | | **895.00** |
| ACCOUNT NO. **422451671**<br>**MACYS**<br>**PO BOX 183083**<br>**COLUMBUS, OH 43218-3083** | | | **CREDIT CARD PURCHASE** | | | | **297.00** |
| ACCOUNT NO. **852990**<br>**SEARS CARD CREDIT**<br>**PO BOX 6241**<br>**SIOUX FALLS, SD 57117** | | | **CREDIT CARD PURCHASE** | | | | **1,775.00** |
| ACCOUNT NO.<br>**MIDLAND CREDIT MANAGEMENT**<br>**8875 AERO DR**<br>**SAN DIEGO, CA 92123** | | | **Assignee or other notification for:**<br>**SEARS CARD CREDIT** | | | | |
| ACCOUNT NO. **504994809698**<br>**SEARS CARD CREDIT**<br>**PO BOX 6241**<br>**SIOUX FALLS, SD 57117** | | | **CREDIT CARD PURCHASE** | | | | **2,300.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,517.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **10,212.06**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **CORTES FONTANEZ, VIRGINIA M**      Case No. **10-08015-13**
                  Debtor(s)                                           (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 6, 2010**     Signature: ***/s/ VIRGINIA M CORTES FONTANEZ***
                                               **VIRGINIA M CORTES FONTANEZ**     Debtor

Date: _____ Signature: _____
                                                                                                               (Joint Debtor, if any)
                                                                                          [If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

                                                           _____
                                                           (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

MASTER ADDRESS LIST

**CORTES FONTANEZ, VIRGINIA M**
**SUITE 112 MSC 459**
**100 GRAND BOULEVARD PASEOS**
**SAN JUAN, PR  00926**

**MACYS**
**PO BOX 183083**
**COLUMBUS, OH  43218-3083**

**Jaime Rodriguez Law Office, PSC**
**Urb Rexville BB21 Calle 38**
**Bayamon, PR  00956**

**MIDLAND CREDIT MANAGEMENT**
**8875 AERO DR**
**SAN DIEGO, CA  92123**

**AEE**
**PO BOX 364267**
**SAN JUAN, PR  00936**

**Preffered Home Services, Inc.**
**Po Box 4069**
**Bayamon, PR  00958-1069**

**AT&T**
**Po Box 15067**
**San Juan, PR  00902**

**SEARS CARD CREDIT**
**PO BOX 6241**
**SIOUX FALLS, SD  57117**

**Banco Santander**
**Po Box 191080**
**San Juan, PR  00919-1080**

**Doral Bank**
**Po Box 71528**
**San Juan, PR  00936-8628**

**DTOP PUERTO RICO**
**OBRAS PUBLICAS**
**P.O. Box 41243**
**SAN JUAN, PR  00940-1243**

**Enhanced Recovery Corporation**
**8014 Bayberry Rd**
**Jacksonville, FL  32256-7412**

**KATHERINE RIOS VAZQUEZ**
**1800 CARR 8838**
**SAN JUAN, PR  00926-9681**

**Law Offices Villanueva-Lopez**
**Po Box 10441**
**San Juan, PR  00922**